| | | |
|---|---|---|
| | AUSA: Eric Straus | Telephone: (313) 226-9648 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Brooke Cormier, FBI | Telephone: (313) 378-0289 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
JOSEPH WELLS TREVITHICK

Case No.
Case: 2:22−mj−30167
Assigned To : Unassigned
Assign. Date : 3/31/2022
Description: CMP USA v. SEALED MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 11, 2020__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brooke Cormier, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 31, 2022__

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Jonathan J.C. Grey, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brooke Cormier, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) for approximately two years. Prior to my employment as a Special Agent I was employed as an analyst with the FBI for approximately twelve years. During my thirteen years employed with the FBI I have participated in violent crime investigations as both an analyst and as a Special Agent and am currently assigned to the FBI Macomb County Gang and Violent Crime task force primarily supporting violent gang and drug investigations.

2. I make this affidavit based upon personal knowledge and upon conversations with and communications from others who have personal knowledge of the events and circumstances described herein.

3. This affidavit is in support of a complaint and arrest warrant for JOSEPH WELLS TREVITHICK. This affidavit is being submitted for the limited purpose of establishing probable cause, therefore I have not included each and every fact related to TREVEITHICK. Rather, I have set forth only the facts necessary to establish probable cause that JOSEPH WELLS TREVITHICK violated Title 18, Unites States Code Section 922(g)(1)- Felon in Possession of a Firearm.

4. On February 5, 2020, United States Magistrate Judge ANTHONY PATTI signed a search warrant authorizing the search of 18847 **********, Roseville,

Michigan. The search was related to an ongoing FBI investigation into concerns of suspected violations of Title 21, United States Code, §§§ 841, 844, 846 (Distribution, Possession, and Conspiracy to Distribute Controlled Substances), Title 18 United States Code, §922(g) (Felon in Possession of a Firearm), and Title 18 United States Code, § 924(c) (Possessing a Firearm in Furtherance of a Drug Trafficking Crime).

5. On February 11, 2020, Agents from the FBI and Task Force Officers executed the above referenced search warrant at TREVITHICK'S residence.

6. The search located a revolver, ammunition, drugs, packaging material and scales. TREVITHICK admitted that everything located in the home belonged to him. TREVITHICK also admitted that he was aware he was a convicted felon and is not permitted to possess/own a firearm.

7. I am aware that the firearm listed in paragraph 7, found by law enforcement during the search at the home of TREVITHICK, is not solely manufactured in the state of Michigan.

8. A certified copy of the Felony conviction of JOSEPH WELLS TREVITHICK, dated 01/25/2012 was obtained from the United States District Court, Southern District of Texas. TREVITHICK was convicted upon court file number M-12-0183-M of Possession of a Controlled Substance Less Than 500 Grams of cocaine (MCL 333.74032A5) Possession of a Controlled Substance Less

Than 50 Kilograms of marijuana. TREVITHICK was sentenced to 18 months incarceration and three years TSR.

## CONCLUSION

9. Based upon the above investigation, probable cause exists that JOSEPH WELLS TREVITHICK - a person who is a convicted felon- was in possession of a firearm, in violation of Title 18, United States Code Section 922(g)(1).

Respectfully submitted,

_____
Brooke Cormier
Special Agent, FBI

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Jonathan J.C. Grey
United States Magistrate Judge

Dated: March 31, 2022